JERRY DRESS CO., INC., v. J. W. ROBINSON CO., INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES T. BAIRD and Others.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ECONOMY STEEL & TOOL CO., INC., v. HARTFORD FIRE INSURANCE COMPANY and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EZEKIEL SARASOHN and ISADORE FOX, as Surviving Partners, etc., v. ATLANTIC HIGHLANDS GARDENS, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTONIO MERLINO.— Motion granted, and appellant's time within which to serve the record on appeal and appellant's points extended to and including November 5, 1930, with notice of argument for November 20, 1930, and appellant's time to argue such appeal extended to November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

EUGENE E. CERF v. THE CONTINENTAL CASUALTY COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. KIYO NAKAMORI.— Motion granted, and appellant's time within which to serve and file appellant's points on appeal extended to and including November 5, 1930, with notice of argument for November 20, 1930, and appellant's time to argue such appeal extended to November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JUNZO OHARE.— Motion granted, and appellant's time within which to serve and file appellant's points on appeal extended to and including November 5, 1930, with notice of argument for November 20, 1930, and appellant's time to argue such appeal extended to November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARGARET L. DONAHUE, as Committee, etc., of PETER J. DONAHUE, Incompetent, v. HENRY R. MALONEY and Another.— Motion granted and appellant's time within which to procure the record on appeal and appellant's points to be served and filed extended so appeal can be argued on or before December 2, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. JERRIE HOLDING CORPORATION and Others.— Notice of this application must be given to the city chamberlain. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

PEOPLES BROADCASTING CORPORATION v. GEORGE BATTEN COMPANY, INC.— Motion granted and respondent's time within which to serve and file respondent's points on appeal extended to and including November 20, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM CHICHANSKY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

IRMON REALTY CO., INC., v. MAURICE LEFKORT and Another, Impleaded, etc. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of EDWARD MANN and Others against WILLIAM